UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CADE, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-00650 (TNM) |

### ORDER

Plaintiffs William Cade and the National Farmers Union filed a Complaint on March 6, 2023. Within 90 days of filing a complaint, plaintiffs must properly serve defendants or "the court—on motion or on its own after notice to the plaintiff—must dismiss the action." Fed. R. Civ. P. 4(m). So Plaintiffs were required to serve Defendants on or before June 4, 2023. The Court informed Plaintiffs about this obligation under Rule 4(m) and directed them to file proof of proper service. *See* Min. Order, May 11, 2023.

Plaintiffs have not complied with the Court's order. There is no proof of proper service on the docket for either Defendant. Plaintiffs filed a return of service showing that they sent a copy of the summons and Complaint to named Defendant Michael Regan, who is sued in his official capacity as administrator of the EPA. *See* ECF No. 4. But Plaintiffs have failed to file proof of service on the United States in the manner required by Federal Rule of Civil Procedure 4(i)(2). Nor have Plaintiffs filed proof of service of Defendant EPA. So neither Defendant has been properly served within the time allowed by Rule 4(m). The Court will thus dismiss the Complaint without prejudice. *See Morrissey v. Mayorkas*, 17 F.4th 1150, 1158 (D.C. Cir. 2021) (district court permissibly dismissed a complaint under Rule 4(m) when plaintiff "made no

attempt to demonstrate good cause . . . before the deadline for service had passed"). For these reasons, it is hereby

**ORDERED** that this matter is dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

**SO ORDERED**.

Dated: June 21, 2023                                              TREVOR N. McFADDEN, U.S.D.J.